IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3489-DDD-STV

THERESA WERNIMONT,

Plaintiffs,

v.

COLORADO STATE UNIVERSITY, through its BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, a body corporate,

Defendant.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff, Theresa Wernimont, and Defendant, Colorado State University, through its Board of Governors of the Colorado State University System ("CSU"), through their respective counsel of record, hereby jointly stipulate that all of Plaintiff's claims be dismissed with prejudice with each party to bear their own attorney fees and costs.

Respectfully submitted this 22nd day of March 2024.

PHILIP J. WEISER
Attorney General

*s/ Madeline A. Collison*
Robert Goodwin
John A. Culver
Madeline A. Collison
Benezra & Culver, LLC
1801 California Street, Suite 2400
Denver, Colorado 80202
Telephone: (720) 838-4632
Telephone: (303)716-0254
Email: mcollison@bc-law.com
rgoodwin@bc-law.com
jaculver@bc-law.com

*ATTORNEYS FOR PLAINTIFF*

*s/ Natalie L. Powell*
NATALIE L. POWELL*
JENNIFER H. HUNT*
Senior Assistant Attorneys General
DMITRY B. VILNER*
Assistant Attorney General
Civil Litigation & Employment Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Natalie.Powell@coag.gov
Jennifer.Hunt@coag.gov
Dmitry.Vilner@coag.gov

*Counsel of Record
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on March 22, 2024, I filed the JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE via CM/ECF causing all counsel of record to be served.

*s/Linda Ruth Carter*
Paralegal